**No. 54333.**—Philip Blum & Co., Inc., et al. *v.* United States, protests 126806–K/883, etc. (Chicago).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54334.**—Alex. D. Shaw & Co. et al. *v.* United States, protests 837013–G, etc. (Cleveland).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54335.**—Potomac Distilling Corp. *v.* United States, protest 877973–G (Baltimore).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 54336.**—Burroughs Wellcome & Co., Inc., and Lo Curto & Funk *v.* United States, protests 64040–K and 64902–K (New York).

Opinion by ERWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.

**No. 54337.**—Hudson Shipping Co., Inc. *v.* United States, protest 151659–K (New York).

Opinion by JOHNSON, J. An examination of the record disclosing that the protest was not filed within the prescribed time, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.